# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

---

NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union and Southwest Corporate Federal Credit Union,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP.,

    Defendants.

CIVIL ACTION
NO. 13-cv-2012 RDR/KGS

---

## JOINT MOTION TO EXTEND THE TIME AND PAGE LIMITATIONS FOR CONSOLIDATED DISMISSAL AND STAY MOTION BRIEFING

COME NOW Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp. (collectively, "Defendants"), and Plaintiff National Credit Union Administration Board ("Plaintiff") (together with Defendants, "the Moving Parties"), by and through counsel, and move the Court for an order permitting them to file their briefing on potential motions to dismiss Plaintiff's complaint or, in the alternative, to stay the above-captioned action in excess of the time for filing of responses set forth in Local Rule 6.1(d)(1) and the page limitations set forth in Local Rule 7.1(e).

1.    On January 4, 2013, Plaintiff commenced the above-captioned action by filing a Complaint (the "Complaint") in the United States District Court for the District of Kansas against Defendants.

Case 2:13-cv-02012-RDR-KGS   Document 16   Filed 03/06/13   Page 2 of 5

2. On January 8, 2013, Plaintiff requested that Defendants waive the service of summons in the action.

3. On January 15, 2013, Plaintiff filed with this Court a waiver of the service of summons executed by each of the Defendants, requiring that Defendants answer or otherwise respond to the Complaint by March 11, 2013 (Docket Nos. 8-11).

4. The Moving Parties now file this Motion to extend both the time for filing responses and the page limitation for their potential briefing and respectfully request that the Motion be granted in light of the following:

    a. Plaintiff's Complaint totals 171 pages and involves complex allegations regarding 29 mortgage-backed securities offerings comprising thousands of securitized mortgage loans with an aggregate original principal balance of over two billion dollars.

    b. Plaintiff alleges 16 causes of action against Defendants for alleged violations of several unique laws including the federal Securities Act of 1933 as well the securities statutes of three states: California, Texas, and Kansas.

    c. Defendants intend to file a single, 50-page brief in support of potential motions to dismiss or, in the alternative, to stay the action rather than filing eight separate 30-page briefs (i.e., one brief for each named defendant for both a motion to dismiss and motion to stay) as permitted under Local Rule 7.1(e).

    d. Within 21 days, Plaintiff would then respond to this single brief with a brief in opposition to both the motion to dismiss and to stay that would not

2

exceed the same 50 pages, rather than separately responding to Defendants' potential motion to stay within 14 days as permitted under Local Rule 6.1(d)(1) and to Defendants' potential motion to dismiss within 21 days as permitted under Local Rule 6.1(d)(2).

WHEREFORE, the Moving Parties respectfully request that the Court extend the time limit for filing of responses under Local Rule 6.1(d)(1) and the page limitation set forth in Local Rule 7.1(e) and allow briefing subject to the following time and page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if Defendants move to dismiss the Complaint:

a. Fifty (50) pages for a brief filed in support of Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action;

b. Fifty (50) pages for a brief filed in opposition to Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action—Plaintiff's brief to be filed and served within 21 days of Defendants' filing of their motions; and

c. Twenty-five (25) pages for a reply brief filed in support of Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action.

Respectfully submitted,

   /s/ John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   (816) 561-7007
Facsimile:   (816) 561-1888
jshaw@berkowitzoliver.com
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Of Counsel*:

Michael A. Paskin (NY # 2767507)
J. Wesley Earnhardt (NY # 4331609)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3200
mpaskin@cravath.com
wearnhardt@cravath.com

*Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.*

and

   /s/ Rachel E. Schwartz
Norman E. Siegel (D. Kan. # 70354)
Rachel E. Schwartz (Kan. # 21782)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:   (816) 714-7101
siegel@stuevesiegel.com
schwartz@stuevesiegel.com

>Mark C. Hansen
>David C. Frederick
>Wan J. Kim
>Gregory G. Rapawy
>KELLOGG, HUBER, HANSEN, TODD,
>EVANS & FIGEL, P.L.L.C.
>Sumner Square
>1615 M Street, N.W., Suite 400
>Washington, D.C. 20036
>Telephone:   (202) 326-7900
>Facsimile:   (202) 326-7999
>mhansen@khhte.com
>dfrederick@khhte.com
>wkim@khhte.com
>grapawy@khhte.com
>
>George A. Zelcs
>KOREIN TILLERY, LLC
>205 North Michigan Avenue, Suite 1950
>Chicago, Illinois 60601
>Telephone:   (312) 641-9760
>Facsimile:   (312) 641-9751
>GZelcs@koreintillery.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>/s/ John W. Shaw
>Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.