# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

|  |  |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union and Southwest Corporate Federal Credit Union,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP.,<br><br>  Defendants. | CIVIL ACTION<br>NO. 13-cv-2012 RDR/KGS |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS CONVENTIONALLY

COME NOW Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., by and through counsel, and move the Court for an Order granting them leave to file documents conventionally in support of their Motion to Dismiss. In support of this Motion, Defendants state as follows:

1. On January 4, 2013, Plaintiff commenced the above-captioned action by filing a Complaint (the "Complaint") in the United States District Court for the District of Kansas against the Defendants.

2. On January 8, 2013, Plaintiff requested that Defendants waive the service of summons in the action.

3. On January 15, 2013, Plaintiff filed with this Court a waiver of the service of summons executed by each of the Defendants, requiring that Defendants answer or otherwise respond to the Complaint by March 11, 2013 (Docket Nos. 8-11).

4. In support of their Motion to Dismiss, Defendants will electronically file Exhibits 1-29.  Exhibits 1-29 consist of excerpts from each of the Prospectuses and Prospectus Supplements referred to and cited in the Complaint.  Defendants seek leave to provide a true and correct copy of each Prospectus and Prospectus Supplement excerpts of which will be contained in Exhibits 1-29 to the Court on a DVD because, although these documents are publicly available on the Securities and Exchange Commission's website, these documents are voluminous. Plaintiff does not oppose this request.

5. In addition, in support of their Motion to Dismiss, Defendants seek leave to provide a true and correct copy of the NCUAB Video Presentation, "Corporate Credit Unions: How Did We Get Here" on a DVD.  This video is publicly available at: http://www.youtube.com/watch?v=IjvUngJzQYI.  This video consists of 168MB, and Defendants seek leave to provide a true and correct copy of this document to the Court on a DVD, because it is voluminous.  Plaintiff opposes Defendants' attempted use of such a video, but does not oppose the mechanism by which Defendants will submit the video to the Court (i.e., the conventional filing of a DVD).  Thus, Plaintiff does not oppose the narrow subject of this motion, but reserves all other rights.

6. For the Court's convenience and because the above-described documents are too voluminous to electronically file, Defendants seek leave to provide them conventionally on a DVD to the Court.

7. This motion is not made for the purpose of harassment or delay.

WHEREFORE, Defendants respectfully move this Court for an Order granting them leave to file documents conventionally in support of their Motion to Dismiss.

Dated:  March 6, 2013

Respectfully submitted,

  /s/ John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   (816) 561-7007
Facsimile:   (816) 561-1888
jshaw@berkowitzoliver.com
tschult@berkowitzoliver.com
jwieland@berkowitzoliver.com

*Of Counsel*:

Michael A. Paskin (NY # 2767507)
J. Wesley Earnhardt (NY # 4331609)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:   (212) 474-1000
Facsimile:   (212) 474-3200
mpaskin@cravath.com
wearnhardt@cravath.com

*Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of March, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  /s/ John W. Shaw
                                                  Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.