UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

---

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union and Southwest Corporate Federal Credit Union, | : : : : : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 13-cv-2012 RDR/KGS |
| v. | : : |
| JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP., | : : : : : |
| Defendants. | : : |

---

### [ORDER GRANTING THE MOVING PARTIES' JOINT MOTION TO EXTEND THE TIME AND PAGE LIMITATIONS FOR CONSOLIDATED DISMISSAL AND STAY MOTION BRIEFING

Upon consideration of Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., (collectively, the "Defendants") and Plaintiff National Credit Union Administration Board ("Plaintiff") (together with Defendants, "the Moving Parties") Joint Motion to Extend the Time and Page Limitations For Consolidated Dismissal and Stay Motion Briefing, it is hereby ORDERED that:

1. The Moving Parties' motion is GRANTED.

2. The Moving Parties are allowed briefing subject to the following time and page limitations, exclusive of any title page, table of authorities, table of contents and signature page, if Defendants move to dismiss the Complaint:

2

    a.      Fifty (50) pages for a brief filed in support of Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action;

    b.      Fifty (50) pages for a brief filed in opposition to Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action—Plaintiff's brief to be filed and served within 21 days of Defendants' filing of their motions; and

    c.      Twenty-five (25) pages for a reply brief filed in support of Defendants' motions to dismiss the Complaint or, in the alternative, to stay the action.

**IT IS SO ORDERED.**

Dated this 7th day of March, 2013, at Topeka, Kansas.

*s/Richard D. Rogers*
UNITED STATES DISTRICT JUDGE

2