# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

----------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union and :
Southwest Corporate Federal Credit Union, :
:
                Plaintiff, :  CIVIL ACTION
:  NO. 13-cv-2012 RDR/KGS
                v. :
:  **ORAL ARGUMENT**
JPMORGAN CHASE BANK, N.A., as Successor-in-Interest :  **REQUESTED**
to Washington Mutual Bank, WaMu Capital Corp., Long :
Beach Securities Corp., and WaMu Asset Acceptance Corp., :
WAMU CAPITAL CORP., LONG BEACH SECURITIES :
CORP., and WAMU ASSET ACCEPTANCE CORP., :
:
                Defendants. :
:
----------------------------------------------------------------------- x

## DEFENDANTS' MOTION TO DISMISS THE
## NATIONAL CREDIT UNION ADMINISTRATION BOARD'S COMPLAINT

Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp. hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the National Credit Union Administration Board's ("NCUAB") complaint filed in the above-captioned action: National Credit Union Administration Board v. JPMorgan Chase Bank, N.A., et al., No. 13-cv-2012, filed January 4, 2013 (the "Complaint").

This Motion should be granted because, as more fully explained in the accompanying Defendants' Memorandum of Law In Support of Their Motions to Dismiss the Complaint or, in the Alternative, to Stay the Action, and supported by the accompanying declaration of Benjamin D. Brutlag and the exhibits thereto, NCUAB's Complaint fails to state a claim against any of the Defendants for violation of the Securities Act of 1933, the California

Corporate Securities Law of 1968, the Kansas Uniform Securities Act, or the Texas Securities Act and is therefore subject to dismissal under Federal Rule of Civil Procedure 12(b)(6) and, even if the Complaint could state a claim, any such claim would be time barred under the applicable statutes of limitation and repose.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.2, Defendants request oral argument on this Motion.

Dated: March 11, 2013
      Kansas City, Missouri

Respectfully submitted,

/s/ John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108

Of Counsel

Michael A. Paskin (NY # 2767507)
mpaskin@cravath.com
J. Wesley Earnhardt (NY # 4331609)
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000 (tel.)
(212) 474-3200 (fax)

Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on the 11th day of March 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ John W. Shaw
        Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.