**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

------------------------------------------------------------------------- x

NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, as Liquidating Agent of U.S. Central Federal :
Credit Union, Western Corporate Federal Union and :
Southwest Corporate Federal Credit Union, :
                                            :

                       Plaintiff, :     CIVIL ACTION
                                            :     NO. 13-cv-2012 RDR/KGS

                       v. :

                                                  :

JPMORGAN CHASE BANK, N.A., as Successor-in-Interest :
to Washington Mutual Bank, WaMu Capital Corp., Long :
Beach Securities Corp., and WaMu Asset Acceptance Corp., :
WAMU CAPITAL CORP., LONG BEACH SECURITIES :
CORP., and WAMU ASSET ACCEPTANCE CORP., :
                                            :

                       Defendants. :

                                                  :

------------------------------------------------------------------------- x

**DEFENDANTS' MOTION FOR A TEMPORARY STAY PENDING THE TENTH**
**CIRCUIT'S REVIEW OF *NCUAB v. RBS***

         Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach

Securities Corp., and WaMu Asset Acceptance Corp. hereby move to stay this action.  As more

fully explained in the accompanying Defendants' Memorandum of Law In Support of Their

Motions to Dismiss the Complaint or, in the Alternative, to Stay the Action pending the Tenth

Circuit's Review of <u>NCUAB v. RBS</u>, and supported by the accompanying declaration of

Benjamin D. Brutlag and the exhibits thereto, for reasons including the promotion of judicial

efficiency and to benefit the interests of the parties, the public and non-parties, if the Court does

not dismiss the Complaint in its entirety, this Motion should be granted and the Court should

temporarily stay proceedings in this action, pending the Tenth Circuit's review of <u>National</u>

<u>Credit Union Administration Board v. RBS Securities, Inc.</u>, Civ. Nos. 11-2340-RDR, 11-2649-

RDR, 2012 WL 3028803 (D. Kan. July 25, 2012).

Counsel for the Defendants conferred with counsel for the Plaintiff with respect to the relief requested in this motion.  Plaintiff does not consent to the motion.

Dated:  March 11, 2013
            Kansas City, Missouri

                                                  Respectfully submitted,

                                                  /s/  John W. Shaw
                                                  John W. Shaw (KS # 70091)
                                                  Thomas P. Schult (KS # 70463)
                                                  Jennifer B. Wieland (KS # 22444)
                                                  BERKOWITZ OLIVER WILLIAMS
                                                  SHAW & EISENBRANDT LLP
                                                  2600 Grand Boulevard, Suite 1200
                                                  Kansas City, MO 64108

                                                  Of Counsel

                                                  Michael A. Paskin (NY # 2767507)
                                                  mpaskin@cravath.com
                                                  J. Wesley Earnhardt (NY # 4331609)
                                                  wearnhardt@cravath.com
                                                  CRAVATH, SWAINE & MOORE LLP
                                                  825 Eighth Avenue
                                                  New York, New York 10019
                                                  (212) 474-1000 (tel.)
                                                  (212) 474-3200 (fax)

                                                  Counsel for Defendants JPMorgan Chase
                                                  Bank, N.A., WaMu Capital Corp., Long
                                                  Beach Securities Corp., and WaMu Asset
                                                  Acceptance Corp.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of March 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ John W. Shaw____</u>
Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.