# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
------------------------------------------------------------------- x
NATIONAL CREDIT UNION ADMINISTRATION                                :
BOARD, as Liquidating Agent of U.S. Central Federal                 :
Credit Union, Western Corporate Federal Union and                   :
Southwest Corporate Federal Credit Union,                           :
                                                                    :
                    Plaintiff,                                      :   CIVIL ACTION
                                                                    :   NO. 13-cv-2012 RDR/KGS
              v.                                                    :
                                                                    :
JPMORGAN CHASE BANK, N.A., as Successor-in-Interest                 :
to Washington Mutual Bank, WaMu Capital Corp., Long                 :
Beach Securities Corp., and WaMu Asset Acceptance Corp.,            :
WAMU CAPITAL CORP., LONG BEACH SECURITIES                           :
CORP., and WAMU ASSET ACCEPTANCE CORP.,                             :
                                                                    :
                    Defendants.                                     :
                                                                    :
------------------------------------------------------------------- x
```

## RULE 7.1 NOTICE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., states as follows:

1. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

2. Defendant WaMu Capital Corporation is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

3. Defendant Long Beach Securities Corporation is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly-owned

      subsidiary of JPMorgan Chase & Co., which is a publicly traded corporation.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

4. Defendant WaMu Asset Acceptance Corporation is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly-owned subsidiary of JPMorgan Chase & Co.  No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

    Respectfully submitted,

    /s/  John W. Shaw
    John W. Shaw (KS # 70091)
    Thomas P. Schult (KS # 70463)
    Jennifer B. Wieland (KS # 22444)
    BERKOWITZ OLIVER WILLIAMS
    SHAW & EISENBRANDT LLP
    2600 Grand Boulevard, Suite 1200
    Kansas City, MO 64108

    <u>Of Counsel</u>

    Michael A. Paskin (NY # 2767507)
    mpaskin@cravath.com
    J. Wesley Earnhardt (NY # 4331609)
    wearnhardt@cravath.com
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    (212) 474-1000 (tel.)
    (212) 474-3200 (fax)

    <u>Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.</u>

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on the 11th day of March 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ John W. Shaw
        Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.