# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union, Western Corporate Federal Union and Southwest Corporate Federal Credit Union, | |
| Plaintiff, | CIVIL ACTION |
| | NO. 13-cv-2012 RDR/KGS |
| v. | |
| JPMORGAN CHASE BANK, N.A., as Successor-in-Interest to Washington Mutual Bank, WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp., WAMU CAPITAL CORP., LONG BEACH SECURITIES CORP., and WAMU ASSET ACCEPTANCE CORP., | |
| Defendants. | |

---

## NOTICE OF MANUAL FILING

Notice is hereby given that the documents identified in Exhibits 1-29 and Exhibit 90 to the Declaration of Benjamin D. Brutlag In Support of Defendants' Memorandum of Law In Support of Their Motions to Dismiss the Complaint, or, in the Alternative, to Stay the Action have been manually provided to the Court and to counsel for the National Credit Union Administration Board on a DVD.

Dated:  March 12, 2013
          Kansas City, Missouri

-2-

Respectfully submitted,

/s/  John W. Shaw
John W. Shaw (KS # 70091)
Thomas P. Schult (KS # 70463)
Jennifer B. Wieland (KS # 22444)
BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108

Of Counsel

Michael A. Paskin (NY # 2767507)
mpaskin@cravath.com
J. Wesley Earnhardt (NY # 4331609)
wearnhardt@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000 (tel.)
(212) 474-3200 (fax)

Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.

-3-

## CERTIFICATE OF SERVICE

        I hereby certify that on the 12th day of March 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ John W. Shaw
        Counsel for Defendants JPMorgan Chase Bank, N.A., WaMu Capital Corp., Long Beach Securities Corp., and WaMu Asset Acceptance Corp.