## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

NATIONAL CREDIT UNION              )
ADMINISTRATION BOARD, as           )
Liquidating Agent of U.S. Central Federal   )
Credit Union, Western Corporate Federal   )
Credit Union, and Southwest Corporate   )   Case No. 13-cv-2012 JWL/JPO
Federal Credit Union,              )
                                   )
                Plaintiff,         )
                                   )
v.                                 )
                                   )
JPMORGAN CHASE BANK, N.A., as      )
Successor-in-Interest to Washington Mutual   )
Bank, WaMu Capital Corp., Long Beach   )
Securities Corp., and WaMu Asset Acceptance   )
Corp., WAMU CAPITAL CORP., LONG   )
BEACH SECURITIES CORP., and WAMU   )
ASSET ACCEPTANCE CORP.,            )
                                   )
                Defendants.        )


### DECLARATION OF WAN J. KIM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO WAMU DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION

I, Wan J. Kim, hereby declare as follows:

1.      I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify competently to them.

2.      I am an attorney with the law firm Kellogg, Huber, Hansen, Todd, Evans, & Figel, P.L.L.C.  I am admitted *pro hac vice* in this litigation and represent Plaintiff National Credit Union Administration Board ("NCUA") in the above captioned case.  I respectfully submit this Declaration in support of NCUA's Opposition to Motion to Dismiss or, in the Alternative, to Stay the Action.

3.      Attached as **Exhibit A** is a chart entitled "NCUA Allegations Per Certificate in *NCUA v. WaMu* No. 13-2012 (D. Kan.)." The chart lists, for each certificate of residential mortgage-backed securities ("RMBS") at issue in this case, representative untrue statements regarding the borrowers' capacity to repay the loans, the underwriting guidelines for reduced documentation programs, and the loan-to-value ratios; corresponding originator allegations; the initial credit rating and most recent credit rating; the extent to which actual gross losses exceeded expected gross losses; the delinquency and default rate; and the claims that pertain to each certificate.

4.      Attached as **Exhibit B** is a true and correct copy of an excerpt of the WaMu 2006-AR19 Prospectus Supplement (SEC filed Dec. 20, 2006).

5.      Attached as **Exhibit C** is a true and correct copy of the Brief for the United States as Amicus Curiae in Support of Appellee, *Federal Housing Finance Agency v. UBS Americas Inc.*, No. 12-3207 (2d Cir. filed Nov. 1, 2012).

6.      I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Dated: April 1, 2013

Washington, D.C.

/s/  Wan. J. Kim
_____
Wan J. Kim

2