# Exhibit B

# SECURITIES AND EXCHANGE COMMISSION

# FORM 424B5

Prospectus filed pursuant to Rule 424(b)(5)

Filing Date: **2006-12-20**
SEC Accession No. 0000930413-06-008743

(HTML Version on secdatabase.com)

## FILER

| WaMu Asset Acceptance Corp. | Mailing Address | Business Address |
|---|---|---|
| CIK:**1317069**| IRS No.: **202258610** | State of Incorp.:**DE** | Fiscal Year End: **1231**<br>Type: **424B5** | Act: **33** | File No.: **333-123034** | Film No.: **061289827**<br>SIC: **6189** Asset-backed securities | *1301 SECOND AVENUE, WMC 3501A*<br>*SEATTLE WA 98101* | *1301 SECOND AVENUE, WMC 3501A*<br>*SEATTLE WA 98101*<br>*(206) 500-4418* |
| **WaMu Mortgage Pass-Through Certificates, Series 2006-AR19** | Mailing Address | Business Address |
| CIK:**1383019**| State of Incorp.:**DE** | Fiscal Year End: **1231**<br>Type: **424B5** | Act: **33** | File No.: **333-130795-42** | Film No.: **061289826**<br>SIC: **6189** Asset-backed securities | *1201 THIRD AVENUE, 17TH FLOOR*<br>*SEATTLE WA 98101* | *1201 THIRD AVENUE, 17TH FLOOR*<br>*SEATTLE WA 98101*<br>*206-461-2000* |

Copyright © 2012 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

**Prospectus Supplement to Prospectus Dated December 18, 2006**

# WaMu Mortgage Pass-Through Certificates, Series 2006-AR19

**WaMu Asset Acceptance Corp.**
Depositor

**Washington Mutual Bank**
Sponsor and Servicer

**$1,187,632,100**
(Approximate)

---

**Consider carefully the risk factors beginning on page S-21 in this prospectus supplement and page 5 in the accompanying prospectus.**

The certificates will represent interests only in the issuing entity which is WaMu Mortgage Pass-Through Certificates Series 2006-AR19 Trust and will not represent interests in or obligations of Washington Mutual Bank, WaMu Asset Acceptance Corp., Washington Mutual, Inc. or any of their affiliates.

**Neither these certificates nor the underlying mortgage loans are guaranteed by any agency or instrumentality of the United States.**

This prospectus supplement may be used to offer and sell the offered certificates only if accompanied by the prospectus.

**The WaMu Mortgage Pass-Through Certificates Series 2006-AR19 Trust will issue twenty one classes of offered certificates and three classes of privately placed certificates. Each class of offered certificates will be entitled to receive monthly distributions of interest, principal or both, beginning on January 25, 2007. The certificate interest rate for some classes of offered certificates will be variable, and will be based in part on the one-year MTA index, the COFI index or the one-month LIBOR index, as described in this prospectus supplement. The table on page S-6 of this prospectus supplement contains a list of the classes of offered certificates, including the initial class principal balance, certificate interest rate, and special characteristics of each class.**

**The primary asset of the Trust will be a pool of first lien single-family residential mortgage loans whose interest rates (after an initial fixed-rate period) adjust monthly and which include a negative amortization feature. The Trust will also contain other assets, which are described on page S-42 of this prospectus supplement.**

**Offered Certificates**

| | |
|---|---|
| Total principal amount (approximate) | $1,187,632,100 |
| First payment date | January 25, 2007 |
| Interest and/or principal paid | Monthly |
| Last payment date | January 25, 2047 |

Credit enhancement for the offered certificates is being provided by three classes of privately offered certificates, which have an aggregate principal balance of approximately $12,608,256. Additional credit enhancement for the offered senior certificates is being provided by eleven classes of offered subordinate certificates. Losses otherwise allocable to some senior certificates will instead be allocated to other senior certificates.

Copyright © 2012 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

Pursuant to the pooling agreement, the depositor will represent and warrant to the Trust that, as of the Closing Date, the Trust will be the legal owner of each mortgage loan, free and clear of any encumbrance or lien (other than (i) any lien arising before the depositor's purchase of the mortgage loan from the sponsor and (ii) any lien under the pooling agreement).

In the event of a material breach of the representations and warranties made by the sponsor or the depositor, the breaching party will be required to either cure the breach in all material respects, repurchase the affected mortgage loan or substitute for the affected mortgage loan. In the event that a required loan document is not included in the mortgage files for the mortgage loans, the sponsor generally will also be required to either cure the defect or repurchase or substitute for the affected mortgage loan. See "Description of the Securities−Representations and Warranties Regarding the Mortgage Loans; Remedies for Breach" in the prospectus for a description of the purchase price for each repurchased mortgage loan and the requirements with respect to substitutions of mortgage loans.

**Criteria for Selection of Mortgage Loans**

The sponsor selected the mortgage loans from among its portfolio of mortgage loans held for sale based on a variety of considerations, including type of mortgage loan, geographic concentration, range of mortgage interest rates, principal balance, credit scores and other characteristics described in Appendix B to this prospectus supplement, and taking into account investor preferences and the depositor's objective of obtaining the most favorable combination of ratings on the certificates.

S-63

Copyright © 2012 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document

## DESCRIPTION OF THE CERTIFICATES

**General**

The certificates will be issued pursuant to the pooling agreement to be dated as of the Cut-Off Date among WaMu Asset Acceptance Corp., as depositor, Washington Mutual Bank, as servicer, LaSalle Bank National Association, as trustee, and Christiana Bank & Trust Company, as Delaware trustee. A form of the pooling agreement is filed as an exhibit to the registration statement relating to the certificates. The accompanying prospectus contains important additional information regarding the terms and conditions of the pooling agreement and the certificates. The offered certificates will not be issued unless they receive the ratings from Standard & Poor's Ratings Services, a division of The McGraw-Hill Companies, Inc. (**"S&P"**), and Moody's Investors Service, Inc. (**"Moody's"**) indicated under "Certificate Ratings" in this prospectus supplement. As of the Closing Date, the offered certificates, other than the Class B-7, Class B-8, Class B-9, Class B-10 and Class B-11 Certificates, will qualify as "mortgage related securities" within the meaning of the Secondary Mortgage Market Enhancement Act of 1984.

The WaMu Mortgage Pass-Through Certificates, Series 2006-AR19 will consist of the following classes:

- Class 1A
- Class 1A-1A
- Class 1A-1B
- Class 2A
- Class 2A-1B
- Class CA-1C
- Class 1X-PPP
- Class 1X-2
- Class 2X-PPP
- Class B-1
- Class B-2
- Class B-3
- Class B-4
- Class B-5
- Class B-6
- Class B-7
- Class B-8
- Class B-9
- Class B-10
- Class B-11
- Class B-12
- Class B-13
- Class B-14
- Class R

Collectively, the certificates will represent all of the beneficial interests in the Trust. The certificates will have the following designations:

Copyright © 2012 www.secdatabase.com. All Rights Reserved.
Please Consider the Environment Before Printing This Document