# Exhibit B

Case 2:13-cv-02012-JWL-JPO   Document 34-3   Filed 04/26/13   Page 2 of 4
Case 1:11-cv-05201-DLC   Document 119   Filed 07/13/12   Page 1 of 57

1

C6DFFED1

```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF NEW YORK
                              ------------------------------x
                                                             11 CV 05201 (DLC)
                              FEDERAL HOUSING
                              FINANCING AGENCY              11 CV 06188 (DLC)
                                                             11 CV 06189 (DLC)
                                                             11 CV 06190 (DLC)
                                         v.                  11 CV 06192 (DLC)
                                                             11 CV 06193 (DLC)
                              UBS AMERICAS INC.             11 CV 06195 (DLC)
                              and others and its             11 CV 06196 (DLC)
                              related cases                 11 CV 06198 (DLC)
                                                             11 CV 06200 (DLC)
                                                             11 CV 06201 (DLC)
                                                             11 CV 06202 (DLC)
                                                             11 CV 06203 (DLC)
                                                             11 CV 06739 (DLC)
                                                             11 CV 06805 (DLC)
                                                             11 CV 07010 (DLC)
                                                             11 CV 07048 (DLC)
                              ------------------------------x
                                                               June 13, 2012
                                                               3:00 p.m.
                              Before:
                                             HON. DENISE COTE,

                                                               District Judge

                                                APPEARANCES

                              QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                   Attorneys for Plaintiff Federal Housing Finance Agency
                              PHILIPPE SELENDY, ESQ.
                              ADAM ABENSOHN, ESQ.
                              MANISHA SHETH, ESQ.
                              CHRISTINE CHUNG, ESQ.
                              LEAH RAY, ESQ.
                              JORDAN GOLDSTEIN, ESQ.

                              KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
                                    Attorneys for Plaintifff Federal Housing Finance Agency
                              HECTOR TORRES, ESQ.
                              KANCHANA LEUNG, ESQ.
                              ANDREW GLENN, ESQ.

                              STEPHEN HART, ESQ.
                                   Attorney for Federal Housing Finance Agency
```

Case 2:13-cv-02012-JWL-JPO   Document 34-3   Filed 04/26/13   Page 3 of 4
Case 1:11-cv-05201-DLC   Document 119   Filed 07/13/12   Page 16 of 57

16

C6DFFED1

1   for all time, and nobody is asking me to do that.  So I'm not
2   going to do it unilaterally.  But I hope this discussion has
3   suggested that if you work together to come up with a system
4   for early disclosure of expert reports and the results of the
5   analyses principally of the tapes and the information on the
6   tapes that the burden of going into the individual files might
7   be substantially reduced.
8            Let's talk a little bit about some of the other
9   discovery issues that you've agreed upon or are disputing in
10  your submissions to me.  With respect to our September 30th
11  date for substantial completion of discovery, yes, that should
12  include third party discovery and so that discovery should be
13  ongoing now in terms of document discovery.  Serve your
14  demands, give them a chance to produce their documents.  That
15  would include rating agencies and due diligence firms and
16  originators.
17           In terms of interrogatories, the defendants want the
18  right to serve 50 interrogatories, each corporate family of
19  companies wants the right to serve its own 50 interrogatories
20  on the plaintiff.  The plaintiff argues for 50 interrogatories
21  in total to be served upon it, with it having the corresponding
22  right to serve 50 interrogatories on each corporate family.
23  Well, let me just say a little bit about interrogatories.  It
24  is rare in my experience that they produce anything that is
25  useful for trial.  They are extraordinarily burdensome to

Case 2:13-cv-02012-JWL-JPO   Document 34-3   Filed 04/26/13   Page 4 of 4
Case 1:11-cv-05201-DLC   Document 119   Filed 07/13/12   Page 17 of 57
17
C6DFFED1

1   produce, respond to and manage, and that management includes
2   arguing about the adequacy of the response.  I think that
3   interrogatories should be used to help support and refine other
4   discovery requests.  They should be targeted and they should be
5   few in number.  So I am going to restrict the number of
6   interrogatories to be served on the plaintiff by all defendants
7   in all 16 actions in total to 50, which is the number that the
8   parties seem to be using as their working number.
9            You seem to have agreement about requests to admit.
10  It wasn't clear to me that the request to admit included
11  addressing issues of authenticity.  I am assuming if there's
12  any disagreement about this you'll bring it to my attention at
13  the appropriate time, but I'm assuming authenticity is a
14  separate issue and not going to be a contested one here and
15  everybody's going to work that out.  So in terms of more
16  substantive requests to admit, we'll work on the same
17  assumption that all defendants are restricted in total to 50 to
18  the plaintiff and the plaintiff may serve 50 on each corporate
19  family.
20           Depositions.  There seems to be a lot of agreement on
21  three points.  The 30(b)(6) depositions can begin at any time.
22  They don't need to wait for the completion of document
23  discovery.  That's fine with me.  That individual defendants
24  should be restricted to a one day deposition, that's fine with
25  me.  And that any limitation on third party depositions be